IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WILLIAM K. BRYANT ) | |
| ) | |
| v. ) | Case No. 3:24-cv-01486 |
| ) | Campbell/Holmes |
| AMERICAN EXPEDITING/CROSSTOWN ) | |
| COURIER ) | |

**O R D E R**

By Order entered February 20, 2025 (Docket Entry No. 10), Defendant was granted an extension of time to February 28, 2025, to respond to the complaint. Defendant thereafter filed, on February 28, 2025, a motion to dismiss. (Docket Entry No. 12.) Defendant having now timely responded and shown its intent to defend against the complaint, Plaintiff's motion (Docket Entry No. 11) for entry of default against Defendant is accordingly **DENIED**.

The deadline for Plaintiff to file a response to the motion to dismiss is **April 11, 2025**. Plaintiff's response shall not exceed twenty-five (25) pages. Defendant shall have **fourteen (14) days** after Plaintiff's response to file a reply, which shall not exceed five (5) pages. No sur-reply from Plaintiff is permitted.

Plaintiff is advised that the failure to file a timely response may result in the motion being granted and the dismissal of this case.

It is **SO ORDERED**.

_____
BARBARA D. HOLMES
United States Magistrate Judge